# EXHIBIT A

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
The Official Committee of Unsecured Creditors of TKO Sports      Invoice Number 1071857
Group USA Ltd                                                    Invoice Date   01/12/07
6100  West by Northwest                                          Client Number  028390
Houston, Texas 77040
```

--------------------------------------------------------------------------------

| Category | Hours | Total |
|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2006

| Code | Category | Hours | Total |
|---|---|---|---|
| 00000 | General (Expenses) | .00 | 859.87 |
| 00002 | Case Management and Operating Reports | 1.00 | 410.00 |
| 00006 | Claims Administration and Objections | 2.10 | 673.50 |
| 00007 | Miscellaneous Motions and Objections | .10 | 41.00 |
| 00008 | Committee and Debtor Communications, Conference | .20 | 82.00 |
| 00011 | Plan and Disclosure Statement Matters and Solici | .20 | 82.00 |
| 00022 | Fee Applications | 52.40 | 15,171.50 |
| Totals | | 56.00 | 17,319.87 |

028390 The Official Committee of Unsecured Cred
12 JANUARY 2007

Invoice Number 1071857
Page      2

(00000) MATTER NUMBER
RE:    General (Expenses)

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

FOR CHARGES:

| | | |
|---|---|---|
| 11/22/06 | DUPLICATING SUMMARY User INDELICATO, LISA copied 1800 pages on 11/22/2006 at 09:52 hrs (B1) | 360.00 |
| | **TOTAL FOR: DUPLICATING SUMMARY** | **360.00** |
| 09/29/06 | OTHER DATABASE SEARCH  PACER 08/01/2006 | 35.46 |
| 10/31/06 | PACER SEARCH 09/01/2006 | 29.54 |
| 10/31/06 | PACER SEARCH 09/01/2006 | 12.90 |
| 11/30/06 | OTHER DATABASE SEARCH  PACER 10-01-2006 | 7.49 |
| 11/30/06 | OTHER DATABASE SEARCH  PACER 10-01-2006 | 5.62 |
| 11/30/06 | OTHER DATABASE SEARCH  PACER 10-01-2006 | 30.37 |
| 12/29/06 | PACER  DATABASE SEARCH  11-01-2006 | 29.95 |
| 12/29/06 | PACER  DATABASE SEARCH 11-01-2006 | 83.82 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | **235.15** |
| 11/21/06 | WESTLAW User Name: BLANKLEY, ADRIENNE | 86.65 |
| | **TOTAL FOR: WESTLAW** | **86.65** |
| 10/23/06 | MILEAGE & PARKING -  PETTY CASH PARKING | 35.00 |
| | **TOTAL FOR: MILEAGE & PARKING** | **35.00** |
| 11/20/06 | FedEx Package From: ELECTRONIC RECORDING OPERATI Company: U S DISTRICT CLERK'S OFFICE SO City/State: HOUSTON, TX To: ARENT FOX STACY L LIPSTEIN City: NEW YORK CITY, NY Received by: V.HERRERA | 11.07 |
| | **TOTAL FOR: OVERNIGHT DELIVERY** | **11.07** |
| 11/16/06 | TRANSCRIPTS -  JUDICIAL TRANSCRIBERS FEE FOR PRODUCTION OF TRANSCRIPT | 203.50 |
| | **TOTAL FOR: TRANSCRIPTS** | **203.50** |
| 11/28/06 | REIMBURSEMENT | -71.50 |
| | **TOTAL FOR: REIMBURSEMENT** | **-71.50** |

- - - - - - - - - - - - -

028390 The Official Committee of Unsecured Cred
   12 JANUARY 2007

Invoice Number 1071857
    Page    3

CURRENT CHARGES               859.87

SUBTOTAL FOR THIS MATTER     $859.87

028390 The Official Committee of Unsecured Cred
    12 JANUARY 2007

Invoice Number 1071857
Page    4

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 09/25/06 | LM  EISENBERG | Pull and review August monthly operating report; report to committee | .3 | 123.00 |
| 09/25/06 | LM  EISENBERG | Review July and August monthly operating report and forward to committee with cover email. | .2 | 82.00 |
| 10/05/06 | LM  EISENBERG | Review A. Silfen email to B. Skelton regarding Rothberg's email re plan | .1 | 41.00 |
| 12/07/06 | LM  EISENBERG | Pull and review October monthly operating report; report to committee; respond to D. Barr inquiry | .4 | 164.00 |

CURRENT FEES

-------------
410.00

TIMEKEEPER TIME SUMARY
--------------------------------------------------------
LEAH M. EISENBERG     1.0   at  $410.00 =    410.00
                     ----             ---------
      TOTALS     1.0              410.00

SUBTOTAL FOR THIS MATTER          $410.00

028390 The Official Committee of Unsecured Cred
      12 JANUARY 2007

(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 09/12/06 | LM  EISENBERG | Pull and review debtor's objection to Southwest Corrugated administrative claim. | .2 | 82.00 |
| 09/21/06 | LM  EISENBERG | Pull and review notice of hearing regarding Southwest Corrugated. | .2 | 82.00 |
| 10/06/06 | AB  BLANKLEY | Reviewed email from S. Lipstein regarding claimant with objection to omnibus objection to claims and forwarded to L. Eisenberg with comment and subsequent call with claimant. | .4 | 114.00 |
| 10/06/06 | SL  LIPSTEIN | Telephone call to creditor re: objections to claims | .2 | 42.00 |
| 10/12/06 | JD  VANACORE | Emails from Jack Hu regarding case issues; review same; emails regarding same. | .2 | 72.00 |
| 10/13/06 | AB  BLANKLEY | Review email from creditor, docket research, drafted letter in response, and sent plan, confirmation order and letter to unsecured creditor; telephone conference with committee members. | .7 | 199.50 |
| 10/16/06 | LM  EISENBERG | Emails with A. Blankley regarding responding to creditor inquiry on claim objection. | .2 | 82.00 |

                                        CURRENT FEES                    -------------
                                                                             673.50

                       TIMEKEEPER TIME SUMARY
          ----------------------------------------------------------
          LEAH M. EISENBERG      .6   at  $410.00 =      246.00
          JEFFREY VANACORE       .2   at  $360.00 =       72.00
          ADRIENNE W. BLANKLE   1.1   at  $285.00 =      313.50
          STACY L. LIPSTEIN      .2   at  $210.00 =       42.00
                                ----                  ---------
               TOTALS            2.1                    673.50

                       SUBTOTAL FOR THIS MATTER                       $673.50

028390 The Official Committee of Unsecured Cred
12 JANUARY 2007

Invoice Number 1071857
Page      6

(00007) MATTER NUMBER
RE:   Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 12/01/06 | LM  EISENBERG | Pull and review revised order on emergency scheduling motion. | .1 | 41.00 |

CURRENT FEES                                              41.00

TIMEKEEPER TIME SUMARY
-------------------------------------------------------------
LEAH M. EISENBERG       .1   at  $410.00 =      41.00
                       ----                  ---------
       TOTALS          0.1                      41.00

SUBTOTAL FOR THIS MATTER                         $41.00

028390 The Official Committee of Unsecured Cred
12 JANUARY 2007

Invoice Number 1071857
Page      7

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference
      Calls and

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 09/27/06 | LM  EISENBERG | Email from D. Barr regarding case closing issues; respond to D. Barr questions. | .2 | 82.00 |

                                                        -------------
                    CURRENT FEES                             82.00


                    TIMEKEEPER TIME SUMARY
----------------------------------------------------------
LEAH M. EISENBERG           .2    at  $410.00 =       82.00
                           ----                    ---------
         TOTALS             0.2                       82.00

                    SUBTOTAL FOR THIS MATTER            $82.00

028390 The Official Committee of Unsecured Cred
    12 JANUARY 2007

Invoice Number 1071857
    Page    8

(00011) MATTER NUMBER
RE:  Plan and Disclosure Statement Matters and
      Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|--------------------------------|-------|-------|
| 09/06/06 | LM  EISENBERG | Pull and review notice of effective date; forward same to committee with cover email. | .2 | 82.00 |

CURRENT FEES                      82.00

TIMEKEEPER TIME SUMARY

| | | | |
|------|------|------|------|
| LEAH M. EISENBERG | .2 | at  $410.00 = | 82.00 |
| TOTALS | 0.2 | | 82.00 |

SUBTOTAL FOR THIS MATTER       $82.00

028390 The Official Committee of Unsecured Cred
    12 JANUARY 2007

Invoice Number 1071857
Page    9

(00022) MATTER NUMBER
RE:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2006

| Date | Timekeeper | | Description | Hours | Value |
|------|------|------|------|------|------|
| 09/07/06 | AB | BLANKLEY | Conference with S. Lipstein re: TKO fee application. | .1 | 28.50 |
| 09/07/06 | AB | BLANKLEY | Review documents in preparation for drafting TKO fee application and conferences with L. Eisenberg and A. Silfen and S. Lipstein, separately, on same. | .6 | 171.00 |
| 09/07/06 | SL | LIPSTEIN | E-mails re: fee application | .2 | 42.00 |
| 09/07/06 | SL | LIPSTEIN | Prepare final fee application and revise invoice | 1.6 | 336.00 |
| 09/11/06 | AB | BLANKLEY | Review TKO invoice in preparation for drafting final fee application. | .7 | 199.50 |
| 09/11/06 | AB | BLANKLEY | Conference with V. Santiago re: TKO invoice and relevant dates. | .1 | 28.50 |
| 09/11/06 | AB | BLANKLEY | Draft, review and revise final TKO fee application, including docket research and review of pertinent motions, orders and objections. | 1.1 | 313.50 |
| 09/11/06 | AB | BLANKLEY | Follow up with S. Lipstein and V. Santiago on invoice and fee app issues. | .2 | 57.00 |
| 09/12/06 | LM | EISENBERG | Review draft fee application. | .4 | 164.00 |
| 09/12/06 | LM | EISENBERG | Mark up draft fee application. | .4 | 164.00 |
| 09/12/06 | AB | BLANKLEY | Review and revise final TKO fee application. | .5 | 142.50 |
| 09/13/06 | AB | BLANKLEY | Review and revise TKO final fee application. | .6 | 171.00 |
| 09/13/06 | AB | BLANKLEY | Follow up email to L. Eisenberg and A. Silfen re: TKO final fee application. | .1 | 28.50 |
| 09/13/06 | AB | BLANKLEY | Reviewed and responded to email from S. Silfen re: due date for TKO fee application and related docket research. | .1 | 28.50 |
| 09/13/06 | LM | EISENBERG | Emails with A. Blankley regarding editing fee application and procedure. | .2 | 82.00 |
| 09/13/06 | LM | EISENBERG | Continue marking up final fee application; prepare and forward to A. Blankley. | .4 | 164.00 |
| 09/13/06 | LM | EISENBERG | Review and mark up bills for final fee application. | .4 | 164.00 |
| 09/14/06 | LM | EISENBERG | Pull and review final fee application of debtor's counsel. | .4 | 164.00 |
| 09/18/06 | AB | BLANKLEY | Review notice of motion and respond to L. Eisenberg's request re: date for hearing on fee application. | .2 | 57.00 |
| 09/18/06 | AB | BLANKLEY | Follow up with S. Lipstein on TKO invoice and fee app status. | .1 | 28.50 |

028390 The Official Committee of Unsecured Cred                    Invoice Number 1071857
      12 JANUARY 2007                                               Page      10

| Date | | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 09/18/06 | SL | LIPSTEIN | Conference re: fee app | .2 | 42.00 |
| 09/19/06 | LM | EISENBERG | Pull and review notice of Weicer fee application. | .1 | 41.00 |
| 09/20/06 | LM | EISENBERG | Emails with A. Blankley regarding fee application cover sheet; provide information to same. | .2 | 82.00 |
| 09/20/06 | SL | LIPSTEIN | Prepare fee application | .7 | 147.00 |
| 09/20/06 | AB | BLANKLEY | Coordinated updated invoices with S. Lipstein, L. Eisenberg, and A. Silfen. | .2 | 57.00 |
| 09/20/06 | AB | BLANKLEY | Final review of TKO fee application. | .4 | 114.00 |
| 09/21/06 | AB | BLANKLEY | Reviewed filed fee application and advised team that application was filed. | .3 | 85.50 |
| 09/21/06 | SL | LIPSTEIN | File fee application and organize service of notice of filing fee application | .4 | 84.00 |
| 09/21/06 | LM | EISENBERG | Review emails regarding filing of fee application. | .2 | 82.00 |
| 09/22/06 | LM | EISENBERG | Review B. Skelton final fee application. | .3 | 123.00 |
| 10/10/06 | LM | EISENBERG | Review debtor's objection to Arent fee application. | .4 | 164.00 |
| 10/10/06 | LM | EISENBERG | Emails with A. Silfen regarding debtor's objection to fee application. | .2 | 82.00 |
| 10/10/06 | LM | EISENBERG | Conference with A. Silfen regarding fee objection. | .2 | 82.00 |
| 10/10/06 | LM | EISENBERG | Emails with A. Blankley regarding debtor's objection; review emails from A. Silfen and E. Rothberg on same. | .2 | 82.00 |
| 10/11/06 | LM | EISENBERG | Emails with A. Silfen and A. Blankley regarding hearing dates. | .2 | 82.00 |
| 10/11/06 | LM | EISENBERG | Review emails from A. Blankley regarding preparing notice. | .1 | 41.00 |
| 10/11/06 | AB | BLANKLEY | Reviewed debtor's objection to AF fee app. | .8 | 228.00 |
| 10/11/06 | AB | BLANKLEY | Follow up with B. Skelton on hearing on fee app objection by Debtor. | .1 | 28.50 |
| 10/11/06 | AB | BLANKLEY | Various communications with B. Skelton and forward to A. Silfen and L. Eisenberg to discuss dates for hearing on AF and Skelton fee apps. | .3 | 85.50 |
| 10/12/06 | LM | EISENBERG | Emails with C. Berk regarding outstanding Mahoney fees. | .2 | 82.00 |
| 10/12/06 | LM | EISENBERG | Emails with A. Blankley to pull fee order to obtain information on outstanding fees. | .2 | 82.00 |
| 10/12/06 | AB | BLANKLEY | Follow up with S. Lipstein and L. Indelicato on filing notice of hearing and AOS for hearing on AF and Skelton fee apps. | .1 | 28.50 |
| 10/12/06 | AB | BLANKLEY | Research and review stipulation requiring payment of Mahoney's fees and emails with L. Eisenberg regarding same. | .3 | 85.50 |

028390 The Official Committee of Unsecured Cred
12 JANUARY 2007

Invoice Number 1071857
Page     11

| Date | Init | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 10/13/06 | AB | BLANKLEY | Reviewed and revised notice of hearing on final fee app for committee counsel. | .3 | 85.50 |
| 10/13/06 | LM | EISENBERG | Emails with A. Blankley regarding hearing date for fee application. | .2 | 82.00 |
| 10/13/06 | LM | EISENBERG | Email to C. Berk regarding fee issues. | .2 | 82.00 |
| 10/13/06 | SL | LIPSTEIN | Prepare notice of hearing for final applications and filed. | 1.2 | 252.00 |
| 10/15/06 | LM | EISENBERG | Pull and review debtor's fee order entered on 10/2. | .2 | 82.00 |
| 10/16/06 | LM | EISENBERG | Email to A. Blankley regarding date of fee hearing. | .2 | 82.00 |
| 10/25/06 | AB | BLANKLEY | Started research for drafting response to objection of debtor to our fee application. | 1.2 | 342.00 |
| 10/26/06 | AB | BLANKLEY | Draft response to Debtor's objection. | 1.3 | 370.50 |
| 11/02/06 | AB | BLANKLEY | Draft TKO response to fee objection. | 1.2 | 342.00 |
| 11/03/06 | AB | BLANKLEY | Draft TKO response to fee objection. | 1.3 | 370.50 |
| 11/09/06 | AB | BLANKLEY | Continue drafting response to fee objection. | 2.1 | 598.50 |
| 11/12/06 | AB | BLANKLEY | Work on response to TKO fee application objection. | 2.7 | 769.50 |
| 11/13/06 | AB | BLANKLEY | Draft response to Debtor's objections to Committee Counsel's fees. | .6 | 171.00 |
| 11/13/06 | SL | LIPSTEIN | Review plan for post confirmation fees | .3 | 63.00 |
| 11/13/06 | SL | LIPSTEIN | Westlaw re: caselaw about fees | .1 | 21.00 |
| 11/13/06 | LM | EISENBERG | Email to A. Silfen regarding fee hearing. | .1 | 41.00 |
| 11/14/06 | LM | EISENBERG | Review Gadzooks case on fee issues. | .3 | 123.00 |
| 11/14/06 | LM | EISENBERG | Review plan and monthly compensation over regarding monthly statements; discuss same with A. Blankley. | .3 | 123.00 |
| 11/14/06 | AB | BLANKLEY | Review documents in TKO plan and confirmation order and interim payment order to determine filing requirements for fee applications and conference with L. Eisenberg on same. | 1.1 | 313.50 |
| 11/15/06 | AB | BLANKLEY | Case research on review on TKO response and drafting response. | .4 | 114.00 |
| 11/16/06 | AB | BLANKLEY | Case research on review on TKO response and drafting response. | .5 | 142.50 |
| 11/16/06 | SL | LIPSTEIN | Request transcript of fee application hearing | .6 | 126.00 |
| 11/16/06 | LA | INDELICATO | Discussions with Blankley, Silfen and Eisenberg regarding hearing on fee application. | .4 | 84.00 |
| 11/17/06 | AB | BLANKLEY | Coordinate filing adjournment with B. Skelton, Y. Cruz, L. Indelicato and S. Lipstein. | .2 | 57.00 |
| 11/17/06 | AB | BLANKLEY | Drafting and revisions to TKO fee application. | .9 | 256.50 |
| 11/18/06 | AB | BLANKLEY | Drafting and revisions to TKO fee application. | .8 | 228.00 |
| 11/19/06 | AB | BLANKLEY | Drafting and revisions to TKO fee application. | 2.1 | 598.50 |

028390 The Official Committee of Unsecured Cred
12 JANUARY 2007

Invoice Number 1071857
Page    12

| | | | | | |
|---|---|---|---|---|---|
| 11/20/06 | LA | INDELICATO | Prepare service list for motion to continue hearing on final fee applications. | 1.3 | 273.00 |
| 11/20/06 | LA | INDELICATO | Research regarding local procedure and requirements for continuing hearing; review local rules; discuss with Blankley. | .9 | 189.00 |
| 11/20/06 | AB | BLANKLEY | Drafting and revisions to response to fee application objection. | 2.1 | 598.50 |
| 11/21/06 | AB | BLANKLEY | Conf with L. Indelicato re: TKO adjournment motion. | .2 | 57.00 |
| 11/21/06 | AB | BLANKLEY | Review emergency motion to continue hearing and forward to L. Eisenberg for comment and filing approval, and emails with L. Eisenberg, and subsequent follow up with B. Skelton re: same. | .6 | 171.00 |
| 11/21/06 | AB | BLANKLEY | Drafting and revisions to response to fee application objection, including review of transcript on interim fee application hearing. | 3.7 | 1,054.50 |
| 11/21/06 | AB | BLANKLEY | Conference with B. Skelton re: continuance motion. | .2 | 57.00 |
| 11/21/06 | LA | INDELICATO | Draft Motion to Continue Hearing, Proposed Order and Certificate of Service with service list; discuss with Blankley. | 2.3 | 483.00 |
| 11/21/06 | LM | EISENBERG | Emails with A. Blankley regarding motion to continue fee hearing. | .2 | 82.00 |
| 11/21/06 | SL | LIPSTEIN | Receipt of transcript of hearing on fee app and forward to attorney | .2 | 42.00 |
| 11/22/06 | LA | INDELICATO | Prepare, file and serve motion requesting continuance of the hearing on our final fee applications and proposed order . | .6 | 126.00 |
| 11/22/06 | AB | BLANKLEY | Completed review of response and sent to L. Eisenberg for review. | .6 | 171.00 |
| 11/27/06 | LM | EISENBERG | Review A. Blankley's draft response to debtor's objection to Arent fee application. | .4 | 164.00 |
| 11/27/06 | LM | EISENBERG | Review and mark up response to debtor's objection to Arent fee application. | .6 | 246.00 |
| 11/28/06 | LM | EISENBERG | Emails with A. Blankley regarding comments to fee response. | .2 | 82.00 |
| 11/28/06 | AB | BLANKLEY | Conference with L. Eisenberg re: TKO response and edits and upcoming hearing. | .1 | 28.50 |
| 11/28/06 | AB | BLANKLEY | Edits to TKO fee application response and sent to A. Silfen for review and filing approval. | .9 | 256.50 |
| 11/29/06 | LM | EISENBERG | Pull and review order granting emergency motion; email to A. Silfen regarding same. | .2 | 82.00 |

028390 The Official Committee of Unsecured Cred
12 JANUARY 2007

Invoice Number 1071857
Page      13

| 11/30/06 | AB | BLANKLEY | Further review and revision to response to fee objection. | .3 | 85.50 |
| 12/01/06 | LM | EISENBERG | Review hearing set for fee application; calendar same. | .1 | 41.00 |
| 12/04/06 | LM | EISENBERG | Emails with A. Blankley regarding fee response. | .1 | 41.00 |
| 12/04/06 | AB | BLANKLEY | Final review of TKO draft response and forward to L. Eisenberg with questions on edits and forward to A. Silfen for review. | .6 | 171.00 |
| 12/05/06 | LM | EISENBERG | Emails with A. Blankley regarding comments to fee response. | .2 | 82.00 |
| 12/13/06 | LM | EISENBERG | Review and mark up November fee statement. | .3 | 123.00 |

CURRENT FEES

-------------
15,171.50

TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
LEAH M. EISENBERG      8.5   at  $410.00 =   3,485.00
ADRIENNE W. BLANKLE   32.9   at  $285.00 =   9,376.50
LISA INDELICATO        5.5   at  $210.00 =   1,155.00
STACY L. LIPSTEIN      5.5   at  $210.00 =   1,155.00
                      ----                 ---------
        TOTALS        52.4                 15,171.50

SUBTOTAL FOR THIS MATTER                  $15,171.50

028390 The Official Committee of Unsecured Cred
    12 JANUARY 2007

Invoice Number 1071857
Page     14

SUMMARY OF CHARGES
------------------

| | |
|---|---|
| TOTAL FOR: DUPLICATING SUMMARY | 360.00 |
| TOTAL FOR: OTHER DATABASE SEARCH | 235.15 |
| TOTAL FOR: WESTLAW | 86.65 |
| TOTAL FOR: MILEAGE & PARKING | 35.00 |
| TOTAL FOR: OVERNIGHT DELIVERY | 11.07 |
| TOTAL FOR: TRANSCRIPTS | 203.50 |
| TOTAL FOR: REIMBURSEMENT | -71.50 |

028390 The Official Committee of Unsecured Cred                    Invoice Number 1071857
    12 JANUARY 2007                                                     Page     15

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **ASSOCIATES** | | | | |
| LEAH M. EISENBERG | BR, 2001 (NY & NJ) | 10.60 | 410.00 | 4,346.00 |
| JEFFREY VANACORE | BR, 2001 (CO), 2003 (NY & NJ) | .20 | 360.00 | 72.00 |
| ADRIENNE W. BLANKLEY | BR, 2005 (NY) | 34.00 | 285.00 | 9,690.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 5.50 | 210.00 | 1,155.00 |
| STACY L. LIPSTEIN | BR | 5.70 | 210.00 | 1,197.00 |
| | | 56.00 | | 16,460.00 |

Blended Rate: 293.93

BF:      Banking and Finance
BR:      Bankruptcy and Reorganization
CORP:    Corporate
EMPL:    Employment Law
HEALTH:  Health Law
INTL:    International Law
LDR:     Litigation Dispute Resolution
RE:      Real Estate

028390 The Official Committee of Unsecured Cred
12 JANUARY 2007

Invoice Number 1071857
Page      16

CURRENT CHARGES FOR ALL MATTERS                    859.87

CURRENT FEES FOR ALL MATTERS                     16,460.00

TOTAL AMOUNT OF THIS INVOICE                   $17,319.87
                                               ==============


REMAINING RETAINER BALANCE:                        $.00

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

The Official Committee of Unsecured Creditors of TKO Sports
Group USA Ltd
6100  West by Northwest
Houston, Texas 77040

Invoice Number 1071857
Invoice Date   01/12/07
Client Number  028390

--------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                    **$17,319.87**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

        Arent Fox LLP
        P.O. Box 758670
        Baltimore, Maryland 21275

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | Wachovia Bank, NA |
| Address: | Roanoke, VA |
| ABA#: | 051400549 |
| SWIFT CODE: | PNBPUS33 (for international use) |
| Account #: | 2065204060070 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1050 Connecticut Ave., NW |
| | Washington, DC 20036 |

Please reference the following:
        Client #      028390
        Client Name   The Official Committee of Unsecured Creditors of TK
        Invoice Number 1071857

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

## **EXHIBIT B**

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **ASSOCIATES** | | | | |
| LEAH M. EISENBERG | BR, 2001 (NY & NJ) | 10.60 | 410.00 | 4,346.00 |
| JEFFREY VANACORE | BR, 2001 (CO), 2003 (NY & NJ) | .20 | 360.00 | 72.00 |
| ADRIENNE W. BLANKLEY | BR, 2005 (NY) | 34.00 | 285.00 | 9,690.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 5.50 | 210.00 | 1,155.00 |
| STACY L. LIPSTEIN | BR | 5.70 | 210.00 | 1,197.00 |
| | | 56.00 | | 16,460.00 |

Blended Rate: 293.93

BF:      Banking and Finance
BR:      Bankruptcy and Reorganization
CORP:    Corporate
EMPL:    Employment Law
HEALTH:  Health Law
INTL:    International Law
LDR:     Litigation Dispute Resolution
RE:      Real Estate

# **EXHIBIT C**

**TKO SPORTS GROUP USA LIMITED**
**SUMMARY OF EXPENSES**
**SEPTEMBER 6, 2006 –DECEMBER 31, 2006**

| EXPENSE | AMOUNT |
|---------|--------|
| Duplicating | 360.00 |
| Other Database Search | 235.15 |
| Westlaw | 86.65 |
| Mileage and Parking | 35.00 |
| Overnight Delivery | 11.07 |
| Transcripts | 203.50 |
| Reimbursement | -71.50 |
| **TOTAL** | **$859.87** |