IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TKO SPORTS GROUP USA LIMITED, | § § | CASE NO. 05-48509-H4-11 |
| DEBTOR | § § | (CHAPTER 11) |
| | § | JUDGE JEFFREY BOHM |
| **Objection to Final Fee Application of Arent Fox, PLLC** | § § § | Courtroom Deputy _____ |
| | § § | Courtroom Reporter _____ |
| | § § § § | COURT HEARING 1:30 p.m. April 10, 2007 |

## AMENDED EXHIBIT LIST OF REORGANIZED DEBTOR

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | **First Application for Compensation of Arent Fox, PLLC, Committee Counsel seeking $200,888.50 in fees and $12,238.80 in expenses (Doc. 218)** | | | | |
| 2. | **First Application for Interim Compensation for Barnett Skelton, Local Counsel to the Committee seeking $44,952.50 and 2563.44 in expenses (Doc. 260)** | | | | |
| 3. | **First Application for Compensation for Mahoney Cohen seeking $35,000 in fees and $110 in expenses (Doc. 219)** | | | | |
| 4. | **Objection to First Application for Compensation of Arent Fox (Doc. 268)** | | | | |
| 5. | **Order Granting First Application for Compensation of Arent Fox (Doc. 319)** | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 6. | **Final Application for Compensation of Arent Fox, PLLC seeking $48,715.50 in fees and 282.07 in expenses (Doc. 335)** | | | | |
| 7. | **Final Application for Compensation of Barnet Skelton, Local Counsel for Committee seeking $52,377.50 in fees and $2,563.44 in expenses (Doc. 337)** | | | | |
| 8. | **Chart showing total amounts claimed by committee professionals and debtor professionals** | | | | |
| 9. | **Order Approving First and Final Fee Application for Debtor's counsel allowing fees of $140,923 plus expenses of $10,435.06 (Doc. 349)** | | | | |
| 10. | **Compilation of vague time entries** | | | | |
| 11. | **Compilation of duplication of efforts time entries** | | | | |
| 12. | **Compilation of lumped time entries** | | | | |
| 13. | **Compilation of excessive time entries** | | | | |
| 14. | **Compilation of instances where more than one attorney attended a hearing** | | | | |
| 15. | **Compilation showing excessive hourly rates** | | | | |
| 16. | **Texas Lawyer Hourly Billing Rate Survey for 2005 and 2006** | | | | |
| 17. | **Compilation showing excessive expense reimbursement requests** | | | | |
| 18. | **Application to Compromise with Bank of Montreal (Doc. 77)** | | | | |
| 19. | **Objection to Application to Compromise (Doc. 88)** | | | | |
| 20. | **Copy of Docket Entry from 12/28/05 denying Application to Compromise with Bank of Montreal** | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 21. | Schedule of sales lost due to denial of application to compromise with Bank of Montreal | | | | |
| 22. | Final Order (I) Authorizing Use of Cash Collateral pursuant to 11 U.S.C. §363, (II) Approving Settlement and Compromise Between Debtor, Committee and Bank of Montreal, (III) Approving Distribution Sharing Reallocation and (IV) Providing Related Relief (Doc. 114). | | | | |
| 23. | Emails between Rothberg and Silfen concerning plan proposal dated 12/27/05 | | | | |
| 24. | Order Confirming Plan (Doc. 317) | | | | |
| 25. | Application to Employ Arent Fox (Doc. 60) | | | | |
| 26. | Supplemental Affidavit of Arent Fox dated 12/19/05 (Doc. 87). | | | | |
| 27. | Supplemental Affidavit of Arent Fox dated 4/10/2006 (Doc. 176) | | | | |
| 28. | Deposition of Joe Myers | | | | |
| 28-1 | Exhibit 1 to Myers Deposition (Myers Subpoena) | | | | |
| 28-2 | Exhibit 2 to Myers Deposition (Myers Notice of Deposition) | | | | |
| 28-3A | Exhibit 3A to Myers Deposition (Clear Thinking Group Cases with Arent Fox Involvement from PACER) | | | | |
| 28-3B | Exhibit 3B to Myers Deposition (Letter dated 4/25/05 from Ken Rowen to Nancy Holley re North Bay General Hospital, Inc.) | | | | |
| 28-3C | Exhibit 3C to Myers Deposition (List of Post Confirmation Payments to Arent Fox) | | | | |
| 28-3D | Exhibit 3D to Myers Deposition (List of Post Confirmation Payments to Weiser, LLP) | | | | |
| 28-3E | Exhibit 3E to Myers Deposition (IN CAMERA) (List of All CTG Cases) | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 28-4 | Exhibit 4 to Myers Deposition (List of Associated Blackwood Cases from PACER) | | | | |
| 28-5 | Exhibit 5 to Myers Deposition (Myers v. The Island ECN Docket) | | | | |
| 28-6 | Exhibit 6 to Myers Deposition (List of Associated Clear Thinking Group/Joseph Myers Cases from PACER) | | | | |
| 28-7 | Exhibit 7 to Myers Deposition (Myers v. Soft-Ray Optical Corp. Docket) | | | | |
| 28-8 | Exhibit 8 to Myers Deposition (Arent Fox Affidavit dated 6/25/04) | | | | |
| 28-9 | Exhibit 9 to Myers Deposition (Arent Fox Third and Final Fee Application in Lantis Case) | | | | |
| 28-10 | Exhibit 10 to Myers Deposition (List of Associated Tactica International, Inc. Cases from PACER) | | | | |
| 28-11 | Exhibit 11 to Myers Deposition (Myers v. Chief Media LLC Docket) | | | | |
| 28-12 | Exhibit 12 to Myers Deposition (Letter dated 12/16/05 from Edward L. Rothberg to Andrew I. Silfen) | | | | |
| 28-13 | Exhibit 13 to Myers Deposition (Letter dated 12/23/05 from Andrew I. Silfen to Edward Rothberg) | | | | |
| 28-14 | Exhibit 14 to Myers Deposition (Letter dated 5/26/04 from the U.S. Trustee's Office to Unsecured Creditors of Lantis Eyeware Corporation) | | | | |
| 28-15 | Exhibit 15 to Myers Deposition (Arent Fox Supplemental Affidavit dated 4/10/06) | | | | |
| 28-16 | Exhibit 16 to Myers Deposition (Clear Thinking Group Creditor Rights Engagements & Newsletter) | | | | |
| 28-17 | Exhibit 17 to Myers Deposition (Application for Arent Fox Employment in TKO dated 12/5/05) | | | | |
| 28-18 | Exhibit 18 to Myers Deposition (Arent Fox Rule 2014(A) Statement & Affidavit in Support of Application for Employment in TKO dated 12/5/05) | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 28-19 | **Exhibit 19 to Myers Deposition (Exhibit C to Arent Fox Fee Application dated 6/5/06 (Fee Invoices))** | | | | |
| 28-20 | **Exhibit 20 to Myers Deposition(Order Confirming Debtor's First Amended Chapter 11 Plan with Plan Attached** | | | | |
| 28-21 | **Exhibit 21 to Myers Deposition (Notice of Appointment of Committee of Unsecured Creditors)** | | | | |
| 29. | **Correspondence to Andrew Silfen dated December 16, 2005 re: Fees** | | | | |
| 30. | **Second Supplement to Arent Fox final Fee Application (with exhibits)** | | | | |
| 31. | **Horgan Responses to North Bay General Hospital, Inc.'s Subpoena Duces Tecum** | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TKO SPORTS GROUP USA LIMITED, | § | CASE NO. 05-48509-H4-11 |
| | § | (CHAPTER 11) |
| DEBTOR | § | |
| | § | JUDGE JEFFREY BOHM |
| **Objection to Final Fee Application of** | § | Courtroom Deputy _____ |
| **Arent Fox, PLLC** | § | |
| | § | |
| | § | Courtroom Reporter _____ |
| | § | COURT HEARING |
| | § | 1:30 p.m. |
| | § | April 10, 2007 |

## WITNESS LIST OF DEBTOR

1. Garry W. Kurtz

2. Joe Myers (By deposition)

3. Andrew Silfen
   Leah Eisenberg
   Schuyler Carroll, and/or
   Adrienne Blankley
   Or any other person for whose time entries or expenses the Applicant seeks reimbursement

4. Edward L. Rothberg

5. Melissa Haselden

6. Nancy Jacobs

{L:\TKO000\00012\0424609.DOC;2\MAH}                                                                                          1