IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TKO SPORTS GROUP USA LIMITED, | § | CASE NO. 05-48509-H4-11 |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

### REORGANIZED DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

**************************************************************************
THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.
**************************************************************************

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

TKO Sports Group USA Limited, the Reorganized Debtor, hereby moves this Court, pursuant to Fed. R. Bankr. P. 3022 and 11 U.S.C. §350(a), for entry of a final decree closing its Chapter 11case. The grounds for this motion are as follows:

#### Summary

1. The Chapter 11 case of TKO Sports Group USA Limited has been fully administered.

2. There remain no outstanding motions, adversary proceedings, or contested matters. Likewise, the confirmation order is final and payments under the Chapter 11 plan have commenced.

## Jurisdiction and Authority

3. This is a core proceeding. The Court has jurisdiction over both the subject matter and the parties under 28 U.S.C. §1334 and the standing order of reference.

4. The Court may grant the relief sought under 11 U.S.C. §350 and Fed. R. Bankr. P. 3022, which permit the Court to enter a final decree closing the case upon its own motion or on motion of a party in interest.

5. The Plan provides for the retention of jurisdiction by the Bankruptcy Court to enter a Final Decree under Bankruptcy Rule 3022 terminating the Chapter 11 case. Rule 3022 of the Federal Rules of Bankruptcy Procedure further provides:

> After an estate is fully administered in a Chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.

## Case is "Fully Administered" under Rule 3022

6. The 1991 Advisory Committee Note to Bankruptcy Rule 3022 sets forth six factors that the court should consider in determining whether the estate has been fully administered, including:

> a. whether the order confirming the plan has become final;
> b. whether deposits reported by the plan have been distributed;
> c. whether the property proposed by the plan to be transferred has been transferred;
> d. whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;
> e. whether payments under the plan have commenced; and
> f. whether all motions, contested matters, and adversary proceedings have been finally resolved.

7.     Each of these factors is satisfied here: (a) the Confirmation Order has become final; (b) the Plan does not require any deposits; (c) the Plan does not require property to be transferred; (d) the Reorganized Debtor has assumed management of property dealt with by the Plan; (e) plan payments have commenced, and (f) all motions, contested matters, and adversary proceedings have been resolved. Accordingly, this case has been substantially consummated and should be closed.

8.     Thus, the Plan is fully consummated, and the administration of this Chapter 11 estate is complete. Further, the Debtor is current in all reports and payments due to the Office of the United States Trustee.

9.     Accordingly, it is necessary and appropriate that the Court enter a final order and decree declaring that the case is fully administered and close the case.

10.    The Movant, by this Motion, asks the Court to take judicial notice of the Docket and note the existence of the confirmation order and absence of any pending activity.

11.    Equity suggests that the Court should enter its final decree promptly so that the former Debtor is not required to monitor the case, pay fees, and the case may otherwise be closed.

12.    <u>Certificate of Conference</u>.  The undersigned has discussed this Motion with counsel for the Official Unsecured Creditors Committee and he does not oppose it.

### **Prayer**

WHEREFORE PREMISES CONSIDERED, TKO Sports Group USA Limited requests this Court to enter a final decree closing Case No**.** 05-48509-H4-11, and grant any related relief justified in law or equity.

Dated: August 1, 2007

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Edward L. Rothberg*
Edward L. Rothberg
State Bar No. 17313990
Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713.961.9045
Facsimile  713.961.5341

ATTORNEYS FOR TKO SPORTS GROUP USA LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by first class mail, postage prepaid, and/or by electronic mail, to those parties on the attached Service List, on August 1, 2007.

*/s/ Edward L. Rothberg*
Edward L. Rothberg

**SERVICE LIST**
**TKO Sports Group USA, Limited,**
**Debtor**

| | | |
|---|---|---|
| TKO Sports Group USA, Limited<br>Attn: Garry Kurtz, President<br>7354 Denny #100<br>Houston, TX 77040-4844 | Stephen Statham<br>United States Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | Bank of Montreal<br>c/o Diana Woodman<br>Thompson & Knight<br>333 Clay Street, Suite 3300<br>Houston, Texas 77002 |
| Bank of Montreal<br>Attn: Tony Crow<br>100 King St. West 7th Floor<br>Toronto, Ontario<br>Canada M581A1 | Business Development Bank of Canada<br>25 Main Street West<br>Suite 101<br>Hamilton, Ontario<br>Canada L8P 1H1 | Avaya Financial Services<br>P. O. Box 93000<br>Chicago, IL 60673-3000 |
| De Lage Landen Financial Service<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Image Financial Services Inc.<br>P O Box 5027<br>4145 North Service Road #401<br>Burlington, Ontario<br>Canada L7R 3Y8 | Raymond Leasing<br>P O Box 203905<br>Houston, TX 77216-3095 |
| Toyota Motor Credit<br>Commercial Finance<br>P O Box 2431<br>Carol Stream, IL 60132-2431 | ToyotaLift of Houston<br>P O Box 200698<br>Houston, TX 77216-0698 | Internal Revenue Service<br>Special Procedures Staff<br>1919 Smith STOP HOU-5022<br>Houston, TX 77002 |
| Texas Comptroller of Public Acct<br>111 E 17th St<br>Austin TX 78774-0100 | John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, Texas 77253-3503 | Paul Bettencourt<br>Harris County Tax Assessor<br>P O Box 4622<br>Houston TX 77210-4622 |
| Qingdao Inred Sport Goods Co., Ltd.<br>Attn: Jerry Yu General Manager<br>Liu Ting Xin Xing JianCai Industrial Park<br>Chengyang District, Qingdao,<br>P.R.China | Olympic International Limited<br>Attn: David Barr<br>Suite 1505-6, Albion Plaza<br>Granville Road, Tsimshatsui<br>Kowloon, Hong Kong | Orbiter International<br>Attn: George Chen / Robert Wu<br>39, Lane 357 yhi Ming Rd.Sec.2<br>Ta-Li City, Taichung, Taiwan<br>R.O.C. |
| Sports K-Pro Ltd.<br>Attn: Morris Huang, President<br>c/o No. 10-3 West 10th Street<br>K.E.P.Z. Kaohsiung<br>Taiwan, R.O.C. | Hangzhou Amir Sports Goods Co.<br>Attn: Mr. Jack Hu<br>No. 25 Zhongshi Street Zianlin County<br>Hangzhou, 311122<br>China | Sunex Sports Co., Ltd.<br>Attn: Mr. James Chen<br>2F-2, No. 242 Sec. 1<br>Taichung - Harbor Road Taichung<br>Taiwan, R.O.C. |
| Jinwei Plastic Mold Hardware Ltd.<br>3 Xin Cun Rd. Shang Jiao Precinct<br>Chang An Town,<br>Dong Guan City, Guang Dong,<br>PR China | Kavinoky & Cook LLP<br>726 Exchange St., Suite 800<br>Buffalo, NY 14210-1465 | Central Transport Intl. Inc.<br>P.O. Box 33299<br>Detroit, MI 48232 |
| Bayou City Packaging Corp.<br>Attn: Theresa Williams<br>2830 Produce Row<br>Houston, TX 77023 | Lucky Kings Ltd.<br>Factory: Geengwei Technology (SuZhou)<br>Attn: James Yeh<br>No. 9-7. Lin 5, Chin Hwa Village,<br>Hsin Wu, Taoyuan, Taiwan | TIAA<br>Attn: Anne or Michael<br>c/o Transwestern Comm. Svcs.<br>1900 W. Loop South #1300<br>Houston, Texas 77027 |

| | | |
|---|---|---|
| C & M Holdings Ltd.<br>Attn: Chad Huang<br>Room 11 B, Shang Hu Xuan J<br>ZhuJiang DiJing, Yi Yuan Bei Lu<br>GuangZhou City, China | Taffeta Inc.<br>Attn: Steven Chen<br>P.O. Box 43-120<br>3D-21, No. 5, Hsin-Yird, Sec 5<br>Taipei, TAIWAN | Hendee Enterprises<br>Attn: Loran T. Schmidt<br>P.O. Box 952035<br>Dallas, Texas 75395-2035 |
| Universal Sports Industries<br>Attn: Mahesh Chadha<br>Basti Sheikh Road<br>Jalandhar 144002<br>INDIA | Landstar Ligon<br>13410 Sutton Park Drive S<br>Jacksonville, FL 32224 | Geeng Wei Tech (Suzhou) Co. Ltd.<br>158-23 Huangshan Road<br>Fengqiao Industry Zone<br>Suzhou District<br>Republic of China |
| Bro-Tex, Inc.<br>800 Hampden<br>St. Paul, MN 55114-1299 | Malin NJ & Associates LP<br>P O Box 797<br>Addison, TX 75001 | Copan Road Associates, LLP<br>2100 Central Park Blvd North<br>Suite 900<br>Pompano Beach, Fl 33064 |
| Cbeyond Communications<br>Attn: Account No. 20812<br>P O Box 848432<br>Dallas, TX 75284-8432 | CERYX<br>1920 Yonge Street<br>Suite 201<br>Toronto, Ontario<br>Canada M4S 3E2 | FDN Communications<br>P O Box 31457<br>Tampa, FL 33631-3457 |
| Reliant Energy HL&P<br>PO Box 650475<br>Dallas, TX 75265-0475 | SBC Long Distance<br>P. O. Box 930170<br>Dallas, TX 75393-0170 | Southwestern Bell<br>Attn: Bankruptcy Section<br>P. O. Box 650502<br>Dallas, TX 75265-0502 |
| Verizon Wireless South<br>AFNI/Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | Juiyi Hardware & Machinery Co., Ltd.<br>Attn: Alan Young<br>667 No. Yang Zi Jiang Rd.<br>Xihu county, Yangzhou<br>Jiangsu, PR China 225008 | |

**Parties Requesting Notice:**

| | | |
|---|---|---|
| | Theodore J. Klein<br>Attorney at Law<br>8030 Peters Road<br>Building D, Suite 104<br>Plantation, FL 33324 | Kevin M. Lippman<br>Munsch Hardt Kopf & Harr PC<br>4000 Fountain Place<br>1445 Ross Avenue<br>Dallas, TX 75202-2790 |
| Don F. Russell<br>Don F. Russell, P.C.<br>4265 San Felipe, Suite 1100<br>Houston, TX 77027 | Cathy Barlow<br>Senior Vice President<br>801 Cherry Street, Suite 3400<br>Burnett Plaza<br>Fort Worth, TX 76102 | Richard J. Mitchell ,Jr.<br>General Counsel<br>National Product Services, Inc.<br>3100 Research Blvd.<br>Kettering, OH 45420 |
| Mike Dushinske<br>Sterling Manufacturing & Distributing<br>P O Box 7703<br>Houston, TX 77270 | Andrew I. Silfen<br>Schuyler G. Carroll<br>Arent Fox PLLC<br>1675 Broadway<br>New York, NY 10019 | Barnet B. Skelton, Jr.<br>1111 Bagby, 47th Floor<br>Houston, TX 77002 |
| Chase Pozzi<br>1921 Falcon Drive<br>Ridgefield, WA 98642 | Malhar S. Pagay<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub, P.C.<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067 | Teachers Insurance / TIAA Realty, Inc.<br>c/o Davor Rukavina<br>Munsch Hardt Kopf & Harr PC<br>500 N Akard St., Suite 3800<br>Dallas, TX 75201 |

Tad Davidson
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Ray Crouse
Director, Litigation and Recovery
De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

Paul Keul
Deloitte & Touche LLP
1005 Skyview Drive Suite 202
Burlington, ON L7P 5B1
Canada

Michael W. Kerensky
The Kerensky Law Firm
5300 Memorial, Sutie 950
Houston, Texas 77007

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

Securities & Exchange Commission
Attn: Angela Dodd
175 W  Jackson Blvd Suite 900
Chicago   IL  60604-2908

Southwest Corrugated LLP
Lawrence J. Maun
c/o Lawrence J. Maun P.C.
9800 Richmond Ave, Suite 520
Houston, TX 77042