IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TKO SPORTS GROUP USA LIMITED, | § | CASE NO. 05-48509-H4-11 |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

1. The chapter 11 case of the above named debtor is closed.

2. Notwithstanding the closing of the case, the Court shall retain jurisdiction over the Agreed Stipulation And Order Granting The Final Application For Allowance Of Compensation And Reimbursement Of Expenses Of Attorneys For The Official Committee Of Unsecured Creditors, Resolving Unpaid Allowed Fees Of The Committee's Accountants And Financial Advisors And Providing For Related Relief (Doc. 429).

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

{L:\tko000\00012\0444949.DOC;1\ELR}                                                                                    5